# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE INTEREST OF S.S., A MINOR    :  No. 192 WAL 2016
                                    :
                                    :
                                    :
PETITION OF: S.S.                   :  Petition for Allowance of Appeal from
                                    :  the Order of the Superior Court


## ORDER


**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.